# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| TIA WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV407-009 |
| ) | |
| THE MARSHES OF ) | |
| SKIDAWAY ISLAND, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

Plaintiff previously filed a motion to proceed *in forma pauperis* with this civil suit. Doc. 1. The Court, however, found that plaintiff had sufficient income to pay the filing fee in full and denied her motion. On February 15, 2007, the Court directed plaintiff to pay the filing fee in full within ten days if she wished to continue with this case. Doc. 3. Plaintiff has not paid the filing fee or responded to the Court's order. Plaintiff's case should therefore be DISMISSED without prejudice at this time.

SO REPORTED AND RECOMMENDED this 6th day of March, 2007.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA